IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Ronald F. Cameron, | ) | C/A No.: 1:10-1278-HFF-SVH |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Daniel L. Watson, Capt. of Darlington City Police Dept.; M. August, Detective of Darlington City Police Dept.; M. Valazak, Officer of Darlington City Police Dept.;, | ) | |
| Defendants. | ) | |

    This action was filed by Plaintiff in the Darlington County, South Carolina, Court of Common Pleas on April 26, 2010, and was removed to this court on May 18, 2010.  By order dated March 30, 2011, the Honorable Henry F. Floyd granted summary judgment to defendants Cox and Little and denied summary judgment to defendants Watson, August, and Valazak. [Entry #50].

    On April 1, 2011, the undersigned appointed Attorney Maura Dawson as attorney for Plaintiff and indicated that the court would not re-open discovery. [Entry #52]. Therefore, because discovery has been completed and dispositive motions have been ruled upon, this case is ready for trial.  The Clerk is hereby directed to forward the file to the United States District Judge for trial.

    IT IS SO ORDERED.

*/s/ Shiva V. Hodges*

May 14, 2012
Florence, South Carolina

Shiva V. Hodges
United States Magistrate Judge